
# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTONE LAMANDINGO KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-21-0422-HE |
| | ) | NO. CIV-21-0423-HE |
| FNU CARLISLE, *et al.*, | ) | NO. CIV-21-0424-HE |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Antone Lamandingo Knox, a state prisoner appearing *pro se*, filed these three § 1983 actions alleging violations of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) the matters were referred to Magistrate Judges Gary M. Purcell and Suzanne Mitchell for initial proceedings. Judge Purcell and Judge Mitchell have issued Reports and Recommendations recommending that plaintiff's motions to proceed *in forma pauperis* be denied.

After plaintiff filed a notice of change of address, the court *sua* sponte extended his deadline to object to the Reports. The court then granted plaintiff's motion for an extension of time to object and ordered that any objection be filed on or before July 24, 2021. Plaintiff has not objected to the Reports thereby waiving his right to appellate review of the factual and legal issues they addressed. <u>Casanova v. Ulibarri</u>, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Reports and Recommendations [Doc. Nos. 7 in each case]. Plaintiff's Motions to Proceed *In Forma Pauperis* [Doc. Nos. 2 in CIV-21-

0422 and CIV-21-0423 and Doc. #3 in CIV-21-424] are **DENIED**. If the full filing fees have not been paid within **twenty-one (21) days** from the date of this order, the cases will be dismissed without prejudice.

   **IT IS SO ORDERED**.

   Dated this 9th day of August, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE